# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LISA LOVELACE, :
:
    Plaintiff :
:
v. : Civil Action No. 19-cv-001154-ESH
:
WASHINGTON HOSPITAL CENTER :
CORPORATION, d/b/a, MEDSTAR :
WASHINGTON HOSPITAL CENTER, :
:
    Defendant. :

## DEFENDANT'S PRELIMINARY
## RULE 26(a)(2)(B) STATEMENT

The Defendant, Washington Hospital Center Corp. d/b/a MedStar Washington Hospital Center, through its attorneys, Gleason, Flynn, Emig & McAfee, Chtd., respectfully submits this Preliminary Rule 26(a)(2)(B) Statement:

1. William H. Benson, M.D.
   Virginia Commonwealth University School of Medicine
   Department of Ophthalmology
   Sanger Hall, 8th Fl., Rm. 8-020
   110 E. Marshall Street
   Box 980438
   Richmond, Virginia 23298-0438

Dr. Benson specializes in ophthalmology. He is Professor and Ragnit & Walter J. Geeraets Chair of the Department of Ophthalmology at the Virginia Commonwealth University School of Medicine. Dr. Benson will express his opinion at the trial of this case that the Defendant complied with the national standard of care. He will also opine that no act or omission on the part of the Defendant proximately caused the injuries and damages claimed in this matter. Copies of Dr. Benson's *curriculum vitae*, expert report, fee schedule and list of cases are attached. In addition, please refer to the attached medical illustrations and interactive

demonstrative calendar exhibit that Dr. Benson will utilize to explain his opinions and testimony at the trial of this case.

    2. Laura K. Green, M.D.
       Krieger Eye Institute
       Sinai Hospital of Baltimore
       2401 W. Belvedere Avenue
       Baltimore, Maryland 21215

Dr. Green specializes in ophthalmology. Dr. Green will express her opinion at the trial of this case that the Defendant complied with the national standard of care. She will also opine that no act or omission on the part of the Defendant proximately caused the injuries and damages claimed in this matter. Copies of Dr. Green's *curriculum vitae*, expert report, which contains her list of cases, and fee schedule are attached. In addition, please refer to the attached medical illustrations and interactive demonstrative calendar exhibit that Dr. Green will utilize to explain her opinions and testimony at the trial of this case.

    3. Richard R. Schulze, Jr., M.Phil. (Oxon), M.D.
       Schulze Eye & Surgery Center
       728 E. 67th Street
       Savannah, Georgia 31405

Dr. Schulze specializes in ophthalmology. Dr. Schulze will express his opinion at the trial of this case that the Defendant complied with the national standard of care. He will also opine that no act or omission on the part of the Defendant proximately caused the injuries and damages claimed in this matter. Copies of Dr. Schulze's *curriculum vitae*, expert report, fee schedule and list of cases are attached. In addition, please refer to the attached medical illustrations and interactive demonstrative calendar exhibit that Dr. Schulze will utilize to explain his opinions and testimony at the trial of this case.

4. James J. Gallagher, M.D., F.A.C.S.
   Weill Cornell Medicine
   525 E. 68th Street Box 137
   New York, New York 10065

Dr. Gallagher is Associate Professor of Clinical Surgery and Director of the William Randolph Heart Burn Center at Weill Cornell Medicine. Dr. Gallagher will express his opinion at the trial of this case that the Defendant complied with the national standard of care. He will also present additional opinions contained in his expert report. Copies of Dr. Gallagher's *curriculum vitae,* expert report, list of cases, and fee schedule are attached.

5. James Forrest Calland, M.D., F.A.C.S.
   Department of Surgery
   University of Virginia School of Medicine
   Box 800709
   Charlottesville, Virginia 22908

Dr. Calland is an Associate Professor of Surgery at the University of Virginia School of Medicine. Dr. Calland will express his opinion at the trial of this case that the Defendant complied with the national standard of care. He will also present additional opinions contained in his expert report. Copies of Dr. Calland's *curriculum vitae,* expert report, list of cases, and fee schedule are attached.

6. Bradford D. Winters, Ph.D., M.D.
   The Johns Hopkins University School of Medicine
   Zayed 9127 1800 Orlean Street
   Baltimore, Maryland 21287

Dr. Winters is Associate Professor in the Departments of Anesthesiology and Critical Care Medicine, Surgery and Neurology at The Johns Hopkins University School of Medicine. Dr. Winters will express his opinion at the trial of this case that the Defendant complied with the national standard of care. He will also present additional opinions contained in his expert

report. Copies of Dr. Winter's *curriculum vitae,* expert report, list of cases, and fee schedule are attached.

7. The Defendant reserves the right to call any physician or other health care provider who provided medical treatment to the Plaintiff.

8. The Defendant reserves the right to supplement this Rule 26(a)(2)(B) Statement pending the completion of additional discovery.

9. The Defendant reserves the right to identify additional expert witnesses and/or opinions pursuant to the court's Orders dated April 27, 2020 and June 5, 2020.

10. The Defendant reserves the right to call at trial any expert witness identified for the Plaintiff.

> Respectfully submitted,
>
> GLEASON, FLYNN, EMIG & McAFEE, CHTD.
>
> /s/ Andrew J. Spence
> ―――――――――――――――――
> Larry D. McAfee, Esquire     #457226
> Andrew J. Spence, Esquire    #421341
> 11 N. Washington Street, Suite 400
> Rockville, Maryland 20850
> 301-294-2110
> lmcafee@gleason-law.com
> aspence@gleason-law.com
> *Counsel for Defendant Washington Hospital Center Corporation d/b/a MedStar Washington Hospital Center*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June, 2020 a copy of the foregoing Defendant's Preliminary Rule 26(a)(2)(B) Statement was served by electronic and first class mail, postage prepaid, on:

Cary J. Hansel, Esquire
Roberto Alejandro, Esquire
Hansel Law, P.C.
2514 N. Charles Street
Baltimore, Maryland 21218
*Counsel for Plaintiff*

                                            */s/ Andrew J. Spence*
                                            Andrew J. Spence

# LIST OF EXHIBITS

A     William H. Benson, M.D.
- A-1    Curriculum Vitae
- A-2    Expert Witness Report
- A-3    List of Cases
- A-4    Fee Schedule

B     Laura K. Green, M.D.
- B-1    Curriculum Vitae
- B-2    Expert Witness Report
- B-3    Fee Schedule

C     Richard R. Schulze, Jr., M.Phil. (Oxon), M.D.
- C-1    Curriculum Vitae
- C-2    Expert Witness Report
- C-3    Fee Schedule

D     James J. Gallagher, M.D., F.A.C.S.
- D-1    Curriculum Vitae
- D-2    Expert Witness Report
- D-3    List of Cases
- D-4    Fee Schedule

E     James Forrest Calland, M.D., F.A.C.S.
- E-1    Curriculum Vitae
- E-2    Expert Witness Report
- E-3    List of Cases
- E-4    Fee Schedule

F     Bradford D. Winters, Ph.D., M.D.
- F-1    Curriculum Vitae
- F-2    Expert Witness Report
- F-3    List of Cases
- F-4    Fee Schedule

G     Illustrations
- G-1    Interactive Calendar Demonstrative
- G-2    Illustration - Conjunctiva
- G-3    Prokera Insertion Removal
- G-4    Prokera in the eye
- G-5    Illustration - Eye
- G-6    Illustration - Eye
- G-7    Diagram - Conjunctiva
- G-8    Diagram – Chronic Conjunctivitis