IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LISA LOVELACE**, *Plaintiff*, v. **WASHINGTON HOSPITAL CENTER CORP.**, d/b/a **MEDSTAR WASHINGTON HOSPITAL CENTER**, *Defendant*. | Case No.: 1:19-cv-001154 RCL |

## JOINT STATUS REPORT

Comes now the Parties, and pursuant to order of this Court dated August 31, 2022, provides the following joint status report to assist the Court with planning its calendar and logistics for the upcoming trial:

**I.   The Number of Anticipated Witnesses and Estimated Length of Witness Testimony**

All parties reserve the right to call any witnesses disclosed in discovery, any witnesses named in the medical records and any witnesses named by any party below, but provide the following good faith estimates based on the parties' current intentions:

**A.   Plaintiff**

Plaintiff presently anticipates calling the following witnesses at trial:

1. Plaintiff Lisa Lovelace, 5 hours of testimony;

2. Michael Atone Lovelace, Plaintiff's husband, 3 hours of testimony;

3. Chiquita Parker, Plaintiff's sister, 2 hours of testimony;

4. Esen Akpek, M.D., treating physician at Johns Hopkins, 1 hour of testimony;

5. Jeffrey Wilson Shupp, M.D., treating physician at MedStar, 1 hour of testimony;

6. Kevin Wells, M.D., treating physician at MedStar, 1 hour of testimony;

7. Zoey Stoumbos, M.D., treating physician at MedStar, 1 hour of testimony;

8. Frank Strother Ashburn, III, M.D., treating physician at MedStar, 1 hour of testimony;

9. Arjun Kanuri, M.D., treating physician at MedStar, 1 hour of testimony;

10. Laura Johnson, M.D., treating physician at MedStar, 1 hour of testimony;

11. Shelby Dubato, LCSW-C, expert witness, 4 hours of testimony;

12. Duane M. Bryant, M.D., expert witness, 4 hours of testimony;

13. Laura Green, M.D., expert witness, 2 hours of testimony; and

14. Richard Schulze, M.D., expert witness, 2 hours of testimony.

**B.   Defendants**

Defendants presently anticipate calling the following witnesses at trial:

1. Esen Akpek, M.D.   Treating Physician   4 Hours of Testimony Anticipated (including Plaintiff's one hour estimate);[1]

2. Laura Johnson, M.D.   Treating Physician   3 Hours of Testimony (including Plaintiff's one hour estimate);[2]

3. Jeffrey Shupp, M.D.   Treating Physician   2 Hours of Testimony (including Plaintiff's one hour estimate);

---

[1] Given the extent of her involvement with Plaintiff's medical care following Plaintiff's discharge from The Washington Hospital Center, Defendant believes that Dr. Akpek's examination will be longer than Plaintiff's one hour estimate.

[2] Dr. Johnson and Dr. Shupp served as the Plaintiff's attending physicians in the Burn Unit during her one month admission to The Washington Hospital Center. Given their role and the length of the admission, Defendant's estimate is longer than Plaintiff.

4. Kevin Wells, M.D.    Treating Physician    5 Hours of Testimony (including Plaintiff's one hour estimate);[3]

5. Zoey Stoumbos, M.D.    Treating Physician    (Defendant agrees with the Plaintiff's one hour estimate);

6. Frank S. Ashburn, M.D.    Treating Physician    (Defendant agrees with the Plaintiff's one hour estimate);

7. Arjun Kanuri, M.D.    Treating Physician    (Defendant agrees with Plaintiff's one hour estimate);

8. William H. Benson, M.D.    Expert Witness    5 Hours of Testimony;

9. Bradford D. Winters, Ph.D., M.D.    Expert Witness    4 Hours of Testimony;

10. James F. Calland, M.D., F.A.C.S. or
    James J. Gallagher, M.D., F.A.C.S.    Expert Witness    4 Hours of Testimony;

11. Trudy R. Koslow, M.Ed., CRC, CCM, CLCP, ABVE
                                           Expert Witness    4 Hours of Testimony;

12. David L. Jeppson, BSW, M.Ed., COMS    Expert Witness    4 Hours of Testimony; and

13. Thomas F. Grogan, CFE    Expert Witness    2 Hours of Testimony.

---

[3]    Dr. Wells was the ophthalmologist with primary responsibility for Plaintiff's ophthalmologic care during her one month admission to The Washington Hospital Center. He examined Plaintiff nearly every day, and his care and treatment is being challenged in this lawsuit. As a result, Defendant estimates that his testimony will take longer than what has been projected by Plaintiff.

## II. The Expected Total Length of the Trial

The Parties expect that the total length of the trial in this case, excluding time for any preliminary motions, will be two weeks (ten trial days).

        Respectfully submitted,

        /s/ Cary J. Hansel
        Cary J. Hansel (Bar No. 14722)
        Hansel Law, P.C.
        2514 N Charles Street
        Baltimore, MD 21218
        cary@hansellaw.com
        T: 301-461-1040
        F: 443-451-8606

*Counsel for Plaintiff Lisa Lovelace*

GLEASON, FLYNN, EMIG & McAFEE, CHARTERED

        /s/Larry D. McAfee
        Larry D. McAfee, Esq. (Bar No. 457226)
        lmcafee@gleason-law.com
        Andrew J. Spence, Esq. (Bar No. 421341)
        aspence@gleason-law.com
        11 N. Washington Street, Suite 400
        Rockville, Maryland 20850
        T: 301-294-2110
        F: 301-294-0737

*Counsel for Defendant Washington Hospital Center Corporation d/b/a MedStar Washington Hospital Center*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, 2022, I caused the foregoing to be filed with the Court's electronic filing system which shall effect service on all parties so entitled.

                                               /s/ Cary J. Hansel
                                               Cary J. Hansel